Approved:       *Jessica Greenwood*
                JESSICA GREENWOOD
                Assistant United States Attorney

Before:         THE HONORABLE JAMES C. FRANCIS
                United States Magistrate Judge
                Southern District of New York

**16 MAG     7959**

- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA                :        **SEALED COMPLAINT**

        - v. -                          :        Violation of
                                                 18 U.S.C. § 922(g)(1)
TURRON GODFREY,                         :
        a/k/a "Purron Godfrey,"                  COUNTY OF OFFENSE:
        a/k/a "Turrow Godfrey,"         :        BRONX
        a/k/a "Turron Godrey,"

        Defendant.                      :

- - - - - - - - - - - - - - - - - - X

SOUTHERN DISTRICT OF NEW YORK, ss.:

        JAMA JOSEPH, being duly sworn, deposes and says that he is a Detective with
the New York City Police Department ("NYPD"), and charges as follows:

COUNT ONE
(Felon in Possession)

        1.      On or about October 16, 2016, in the Southern District of New York,
TURRON GODFREY, a/k/a "Purron Godfrey," a/k/a "Turrow Godfrey," a/k/a "Turron Godrey,"
the defendant, after having been convicted in a court of a crime punishable by imprisonment for
a term exceeding one year, knowingly did possess, in and affecting commerce, a firearm, to wit,
a 9mm Luger caliber, semi-automatic, HI-POINT, Model C9 pistol, which previously had been
shipped and transported in interstate and foreign commerce.

        (Title 18, United States Code, Section 922(g)(1).)

        The bases for my knowledge and for the foregoing charge are, in part, as follows:

        2.      I am a Detective assigned to the Firearms Suppression Section of the
NYPD and I have been personally involved in the investigation of this matter. This affidavit is
based upon my personal participation in the investigation of this matter, my conversations with
law enforcement agents, witnesses and others, as well as my examination of reports and records.
Because this affidavit is being submitted for the limited purpose of establishing probable cause,
it does not include all the facts that I have learned during the course of my investigation. Where

the contents of documents and the actions, statements and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

        3.     Based on my conversations with two New York City Police Department ("NYPD") officers ("Officer-1" and "Officer-2," collectively the "Officers") from Police Service Area ("PSA") 7 in the Bronx, New York, who participated in the arrest of TURRON GODFREY, a/k/a "Purron Godfrey," a/k/a "Turrow Godfrey," a/k/a "Turron Godrey," the defendant, I have learned, among other things, the following:

        a.     On or about October 16, 2016, the Officers were assigned to the Forest Houses, which are located between East 163rd and East 165th Streets, and between Trinity and Tinton Avenues, in the Bronx, New York. The Officers were driving in a marked police van and were in uniform.

        b.     At approximately 9:45 p.m., the Officers heard radio transmissions that in sum and substance reported shots fired and a description of the suspect as a black male wearing a black jacket and a red shirt.

        c.     The Officers proceeded to the location of the shooting, in the vicinity of East 163rd Street and Third Avenue. Because numerous police vehicles were already on scene, the Officers began to canvass the area for the suspect.

        d.     As the Officers were driving in the vicinity of East 165th Street, they observed a black male, later identified as GODFREY, walking on the sidewalk on the passenger side of the police van. The Officers observed that GODFREY was carrying a black jacket on his left arm and wearing what appeared to be a red shirt or sweater. The Officers also observed that GODFREY appeared to be repeatedly adjusting the waistband of his pants with his right hand.

        e.     Officer-1 got out of the police van and began walking quickly behind GODFREY. According to Officer-1, GODFREY turned, appeared to see Officer-1 following him, and began to run. Officer-1 pursued GODFREY. GODFREY turned around to face Officer-1 and Officer-1 saw him reach for his waistband. Officer-1, who had continued running, collided into GODFREY and wrapped his arms around him. Officer-1 and GODFREY fell to the ground. Officer-2 arrived to assist Officer-1 and also went to the ground. While attempting to restrain GODFREY and place him under arrest, the Officers felt a hard, L-shaped object in GODFREY's pants, which they believed to be a firearm. The Officers ultimately recovered a firearm from inside GODFREY's pants. They also recovered a knife from the pocket of GODFREY's pants. Officer-1 secured the firearm that was recovered from GODFREY.

        4.     Based on my review of an NYPD Firearm Examination Laboratory Report, I have learned that the firearm recovered from TURRON GODFREY, a/k/a "Purron Godfrey," a/k/a "Turrow Godfrey," a/k/a "Turron Godrey," the defendant, is a 9mm Luger caliber, semi-automatic, HI-POINT, Model C9 pistol. I have also learned that the pistol was operable and that the serial number of the pistol was defaced.

5.      Based on my communications with other law enforcement agents, including a Special Agent from the Bureau of Alcohol, Tobacco, Firearms and Explosives who is familiar with the manufacturing of firearms, I know that 9mm Luger caliber, semi-automatic, HI-POINT, Model C9 pistols are not and have never been manufactured in New York State.

6.      I have reviewed criminal history records pertaining to TURRON GODFREY, a/k/a "Purron Godfrey," a/k/a "Turrow Godfrey," a/k/a "Turron Godrey," the defendant, which show that GODFREY was: (i) convicted on or about February 22, 2010, in Bronx County Supreme Court, Bronx, New York, of Attempted Criminal Possession of an Assault Weapon, in violation of New York Penal Law § 265.02, a felony, which is punishable by imprisonment for more than one year; and (ii) convicted on or about July 2, 2003, in Oneida County Court, Oneida, New York, of Criminal Possession of a Controlled Substance in the Second Degree, in violation of New York Penal Law § 220.18, a felony, which is punishable by imprisonment for more than one year.

WHEREFORE, deponent respectfully requests that a warrant be issued for the arrest of TURRON GODFREY, a/k/a "Purron Godfrey," a/k/a "Turrow Godfrey," a/k/a "Turron Godrey," the defendant, and that he be arrested and imprisoned or bailed, as the case may be.

Detective Jama Joseph
New York City Police Department


Sworn to before me this
12th day of December, 2016

THE HONORABLE JAMES C. FRANCIS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

3