UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                            :

UNITED STATES OF AMERICA,      :

                            :

      -against-            :                   2416-CR-849 (VSB)

                            :

TURRON GODFREY,         :

                            :                    **ORDER**

              Defendant.   :

                            :

-------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

On May 26, 2026, Defendant Turron Godfrey ("Defendant") filed a letter motion

requesting early termination of his two-year term of supervised release, which is set to expire on

December 13, 2026.  (Doc. 43.)  On that same day, I ordered the Government to provide a

response to the Defendant's request by June 3, 2026.  (Doc. 44.)  To date, the Government has

not filed a response.  Accordingly, it is hereby:

ORDERED that the Government's time to provide a response to Defendant's motion

requesting early termination of his supervised release is extended *nunc pro tunc* to **June 22,**

**2026**.

SO ORDERED.

Dated:  June 12, 2026
       New York, New York

Vernon S. Broderick
United States District Judge